**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

TERESA LAWYER,                                       **Civil File No. 09-2263-JWL/JPO**

       Plaintiff,

vs.                                                    **NOTICE OF DISMISSAL**
                                                                        **WITH PREJUDICE**

MIDLAND CREDIT MANAGEMENT, INC.,

       Defendant.

---

        **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.


Dated: _06/17/09_                             __/s/ J. Mark Meinhardt__
                                                     J. Mark Meinhardt #20245
                                                     4707 College Boulevard, Suite 100
                                                     Leawood, KS 66211
                                                      913-451-6163
                                                      Fax 913-451-6163